Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071

Tel:  213-229-9292
Fax: 213-229-9295
TPRLA@att.net

Attorneys for Plaintiff
KingVision Pay-Per-View, Ltd.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KingVision Pay-Per-View, Ltd., <br><br>Plaintiff, <br><br>vs. <br><br>Miguel Angel Arroyo, et al. <br><br>Defendants. | CASE NO. CIV. S-04-2004 MCE KJM <br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MELVIN DANA HARRELL, SR., individually and d/b/a LA BOTANA SPORTS BAR |

**IT IS HEREBY STIPULATED** by and between Plaintiff KINGVISION PAY-PER-VIEW, LTD. and Defendant MELVIN DANA HARRELL, SR., individually and d/b/a LA BOTANA SPORTS BAR that the above-entitled action is hereby dismissed **without prejudice** against MELVIN DANA HARRELL, SR., individually and d/b/a LA BOTANA SPORTS BAR subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

///

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 1, 2005, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal as to Defendant Melvin Dana Harrell, Sr., individually and d/b/a La Botana Sports Bar shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 1, 2005        */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By Thomas P. Riley
Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW, LTD

Dated:        */s/ Melvin Dana Harrell, Sr.*
**MELVIN DANA HARRELL, SR.**
individually and d/b/a La Botana Sports Bar
Defendant

**IT IS SO ORDERED.**

Dated:  August 22, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE