IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KING VISION PAY-PER-VIEW, LTD.,

     Plaintiff,                     No. CIV S-04-2004 MCE KJM

    vs.

MIGUEL ARROYO, et al.,

     Defendants.             <u>ORDER</u>

_____/

        Plaintiff's motion for default judgment came on regularly for hearing on November 16, 2005 before the undersigned. Thomas Riley appeared telephonically for plaintiff. No appearance was made for defendant Arroyo. Upon review of the documents in support, no opposition having been filed, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        Within thirty days from the date of this order, plaintiff may supplement the evidentiary record with an affidavit pertaining to the applicable licensing fee, the hours expended

/////

/////

/////

/////

1

1  by counsel and billing rate therefor, and any case or statutory authority allowing for recovery of
2  investigative costs.
3  DATED:  November 17, 2005.

$\underline{\hspace{3cm}\text{[signature]}\hspace{3cm}}$
UNITED STATES MAGISTRATE JUDGE

9  006 kingvision.oah