IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING VISION PAY-PER-VIEW, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MIGUEL ARROYO, et al., <br><br> Defendants. | No. 2:04-CV-2004-RRB-KJM <br><br> **ORDER** |

Plaintiff King Vision Pay-Per-View, Ltd. ("Plaintiff") filed the above-entitled action. The matter was referred to Kimberly J. Mueller, a United States Magistrate Judge, pursuant to Local Rule 72-302(c)(21).

On March 22, 2006, Magistrate Judge Mueller filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the same were to be filed within ten days. No objections to the findings and recommendations have been filed.

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT - 1
2:04-CV-2004-RRB-KJM

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (Docket No. 34), filed on March 22, 2006, are adopted in full; and

2. Plaintiff's motion for entry of default judgment against Defendant Arroyo is **GRANTED** in the amount of $10,000 in damages, $2,653 in attorney's fees and $655 in costs.

ENTERED this 6th day of June, 2006.

//s//
_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT - 2
2:04-CV-2004-RRB-KJM