1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  KINGVISION PAY-PER-VIEW, LTD.        No. Civ. S-04-2004 RRB KJM

12          Plaintiff,                **Memorandum of Opinion
                                              and Order**
13      v.

14  MIGUEL ARROYO, an individual
    dba LA BOTANA SPORTS BAR,

15
            Defendant.          /
16  _____

17      Plaintiff  Kingvision  Pay-Per-View,  Ltd.  seeks  an  order

18  authorizing  a  process  server  to  levy  execution  pursuant  to  a

19  default  judgment  against  defendant  Miguel  Arroyo.   Federal  Rule

20  of  Civil  Procedure  69(a)  requires  post-judgment  enforcement

21  proceedings  to  comply  with  state  law.   Credit  Suisse  v.  U.S.

22  Dist.  Court  for  Cent.  Dist.  of  California, 130  F.3d  1342, 1344

23  (9th  Cir.  1997).   "Under  California  law,  a  registered  process

24  server  may  levy  under  a  writ  of  attachment," but  only  in  cases

25  when  "the  levy  does  not  involve  the  possibility  of  taking

26  immediate  possession  of  the  property."  Garden  City  Boxing  Club,

27  Inc.  v.  Aviles, No.  03-cv-6400, 2007  WL  1821466, at  *1  (E.D.

28  Cal.  June  25,  2007) (discussing  Cal.  Civ.  Proc.  Code  § 699.080).

1

1    Based upon documents submitted by plaintiff, the court
2  finds that (1) DDS Legal Support System/VSC Attorney Service
3  ("DDS Legal") is a registered process server, authorized to
4  perform services pursuant to California Civil Procedure Code §
5  699.080; (2) plaintiff's requested levy does not involve taking
6  immediate possession of property; and (3) the interests of
7  justice would be served by relieving the United States Marshall
8  from effectuating collection of judgment in this action.

9    For these reasons, the court GRANTS plaintiff's motion for
10  authorization to employ DDS Legal to perform the duties and
11  responsibilities of levying officer as defined under California
12  Civil Procedure Code § 699.080.

13    ENTERED this 16th day of July, 2007.

14                              s/RALPH R. BEISTLINE
                              United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28